IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CASE NO. 4:08-cr-00207-1
    )
Anthony Pridgen,    )
    )
    Defendant.    )
    )

## O R D E R

On May 15, 2015, this Court, upon its own motion, denied Defendant a sentence reduction under 18 U.S.C. § 3582(c)(2) on the basis that Defendant's applicable guideline range did not lower as a result of Amendment 782, specifically due to his career offender status. On June 1, 2015, Defendant filed a motion requesting that the Court reconsider its decision to deny the reduction.

At the time of sentencing, Defendant's applicable advisory guideline range was 188 to 235 months. The Court sentenced Defendant to 170 months pursuant to a U.S.S.G. § 5K1.1 motion. While the application of Amendment 782 indeed lowers Defendant's base offense level, the significantly higher offense level assigned to him as a career offender governs his guideline calculations. As such, the Amendment does not change Defendant's applicable guideline range.

Pursuant to U.S.S.G. § 1B1.10(a)(1), the Court's authority to reduce an imprisonment term pursuant to 18 U.S.C. § 3582(c)(2) applies only when "the guideline range applicable to

Anthony Pridgen
4:08-cr-00207-1
Order on Motion

a defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual." Again, Defendant's guideline range was **not** lowered as a result of Amendment 782.

In view of the above, Defendant's Motion is **DENIED**.

SO ORDERED this _21ˢᵗ_ day of _SEPTEMBER_ 2015.

WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA