# UNITED STATES DISTRICT COURT
для the

Southern District of Georgia
Savannah Division

United States of America
v.

Anthony Pridgen

Case No: 4:08-cr-00207-1

USM No: 13728-021

Date of Original Judgment: February 2, 2009
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

John E. Suthers
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     ☒ **DENIED.**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated February 2, 2009, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: *Nov. 19, 2019*

*Judge's signature*

Effective Date: _____
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*